3:06cv0004 (JWS)

CLOSED, TRANSFERRED

RECEIVED
JAN 0 9 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# U.S. District Court
## Southern District of Texas (Galveston)
## CIVIL DOCKET FOR CASE #: 3:05-cv-00566
### Internal Use Only

Stevens v. Newbridge Partners LLC
Assigned to: Judge Samuel B Kent
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 10/24/2005
Jury Demand: Defendant
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Kathryn Kelly Stevens**
*Trustee of The Naylor Grandchildren's trust*

represented by **Randall A Pulman**
Pulman Bresnahan et al
6919 Blanco Rd
San Antonio, TX 78216
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Newbridge Partners LLC**
*n/k/a Victory Capital Management, Inc.*

represented by **Daniel J Mitchell**
Berstein Shur et al
PO Box 9729
Portland, ME 04104
207-774-1200
Fax: 207-774-1127
Email: dmitchell@bernsteinshur.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Garret Osborn**
Bernstein Shur et al
P O Box 9729
Portland, ME 04104-5029
207 774 1200
Email: josborn@bssn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W Wade Porter**
Allenworth and Porter
620 Congress Ave
Ste 1600
Austin, TX 78701
512-708-1250

TRUE COPY I CERTIFY
ATTEST: 1/6/06
MICHAEL N. MILBY, Clerk
By _CMcBroom_
Deputy Clerk

Fax: 512-708-0519 fax
Email: wwp@aaplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew C Ryan**
Allensworth & Porter LLP
620 Congress Ave
Austin, TX 78701
512-708-1250
Fax: 512-708-0519
Email: mcr@aaplaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**McKinley Capital Management, Inc.** represented by **Clifford K Atkinson**
Atkinson & Thal PC
201 3rd St NW
Ste 1850
Albuquerque, NM 87102
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas W Poole**
McLeod Alexander et al
P O Box 629
Galveston, TX 77553-0629
409-763-2481
Fax: 409-762-1155
Email: dwpoole@mapalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Victory Capital Management Inc**
*formerly known as*
Newbridge Partners LLC

represented by **Daniel J Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Garret Osborn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2005 | 1 | NOTICE OF REMOVAL from 405th Judicial District Court, Galveston County, Texas, case number 03-CV-0214 ( Filing fee $ 250) filed by McKinley Capital Management, Inc.. (Attachments: # 1 Continuation) |

| | | |
|---|---|---|
| | | (gfrancis, ) (Entered: 10/24/2005) |
| 10/24/2005 | 2 | DEMAND for Trial by Jury by McKinley Capital Management, Inc., filed.(gfrancis, ) (Entered: 10/24/2005) |
| 10/24/2005 | 3 | JOINDER in 1 Notice of Removal, filed by Newbridge Partners LLC. (gfrancis, ) (Entered: 10/24/2005) |
| 10/24/2005 | 4 | CERTIFICATE OF SERVICE IN A REMOVED ACTION by McKinley Capital Management, Inc., filed.(gfrancis, ) (Entered: 10/24/2005) |
| 10/24/2005 | 5 | ANSWER to First Amended Complaint with Jury Demand by McKinley Capital Management, Inc., filed.(gfrancis, ) (Entered: 10/24/2005) |
| 10/24/2005 | | Filing fee re: 1 Notice of Removal: $ 250.00, receipt number 319600 . (gfrancis, ) (Entered: 10/24/2005) |
| 10/24/2005 | 6 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/4/2006 at 11:00 AM before Judge Samuel B Kent. Parties notified.(gfrancis, ) (Entered: 10/24/2005) |
| 10/24/2005 | 7 | ORDER RE: Compuuter Codes Printed On Propsed Orders. Signed by Judge Samuel B Kent Parties notified.(gfrancis, ) (Entered: 10/24/2005) |
| 10/31/2005 | 8 | ANSWER to Complaint by Newbridge Partners LLC, filed.(Ryan, Matthew) (Entered: 10/31/2005) |
| 10/31/2005 | 9 | MOTION AND ORDER admitting Clifford Atkinson pro hac vice. ( Signed by Judge Samuel B Kent ) Parties notified.(mgore, ) (Entered: 11/01/2005) |
| 10/31/2005 | 10 | MOTION AND ORDER admitting John G Osborn pro hac vice.( Signed by Judge Samuel B Kent ) Parties notified.(mgore, ) (Entered: 11/01/2005) |
| 10/31/2005 | 11 | MOTION AND ORDER admitting Daniel Mitchell pro hac vice.( Signed by Judge Samuel B Kent ) Parties notified.(mgore, ) (Entered: 11/01/2005) |
| 10/31/2005 | | ***Attorney Clifford K Atkinson for McKinley Capital Management, Inc. added. (mgore, ) (Entered: 11/01/2005) |
| 11/08/2005 | | ***Party Victory Capital Management Inc added. (ddarneille, ) (Entered: 11/08/2005) |
| 11/08/2005 | 12 | CERTIFICATE OF INTERESTED PARTIES by Victory Capital Management Inc, filed.(Osborn, John) (Entered: 11/08/2005) |
| 11/21/2005 | 13 | Opposed MOTION to Dismiss *Pursuant to FRCP 12(c)* by McKinley Capital Management, Inc., filed. Motion Docket Date 12/12/2005. (Attachments: # 1 Exhibit Investment Advisory Agreement# 2 Proposed Order Proposed Order on Motion to Dismiss# 3 Proposed Order Order on Motion to Transfer Venue# 4 Affidavit Affidavit of Wilke)(Poole, Douglas) (Entered: 11/21/2005) |

| | | |
|---|---|---|
| 11/21/2005 | 14 | Opposed MEMORANDUM in Support of Motion to Dismiss re: 13 Opposed MOTION to Dismiss *Pursuant to FRCP 12(c)* by McKinley Capital Management, Inc., filed.(Poole, Douglas) (Entered: 11/21/2005) |
| 11/22/2005 | 15 | MOTION to Remand to State Court by Kathryn Kelly Stevens, filed. Motion Docket Date 12/12/2005. (Attachments: # 1 Proposed Order)(gfrancis, ) (Entered: 11/22/2005) |
| 12/08/2005 | 16 | RESPONSE to 15 MOTION to Remand, filed by McKinley Capital Management, Inc.. (Attachments: # 1 Proposed Order Proposed Order Denying Motion to Remand)(Poole, Douglas) (Entered: 12/08/2005) |
| 12/12/2005 | 17 | RESPONSE in Opposition to 15 MOTION to Remand, filed by Newbridge Partners LLC, Victory Capital Management Inc. (Attachments: # 1 Affidavit of Daniel J. Mitchell# 2 Exhibit A to Mitchell Affidavit# 3 Exhibit B to Mitchell Affidavit# 4 Exhibit C to Mitchell Affidavit# 5 Exhibit D to Mitchell Affidavit# 6 Exhibit E to Mitchell Affidavit# 7 Exhibit F to Mitchell Affidavit# 8 Proposed Order)(Mitchell, Daniel) (Entered: 12/12/2005) |
| 12/12/2005 | 18 | RESPONSE to 13 Opposed MOTION to Dismiss *Pursuant to FRCP 12(c)*, filed by Newbridge Partners LLC, Victory Capital Management Inc. (Attachments: # 1 Proposed Order)(Mitchell, Daniel) (Entered: 12/12/2005) |
| 12/12/2005 | | Corrective Entry: 18 Response to Motion, attorney attached two orders instead of response (SEE CORRECTIVE ENTRY #19) , filed. (ceaton, ) (Entered: 12/13/2005) |
| 12/12/2005 | 20 | RESPONSE to 13 Opposed MOTION to Dismiss *Pursuant to FRCP 12(c)*, filed by Kathryn Kelly Stevens. (ltrevino, ) (Entered: 12/13/2005) |
| 12/13/2005 | 19 | RESPONSE *to 13 Opposed MOTION to Dismiss Pursuant to FRCP 12 (c)*, filed by Newbridge Partners LLC, Victory Capital Management Inc. (Attachments: # 1 Proposed Order)(Mitchell, Daniel) (Entered: 12/13/2005) |
| 12/19/2005 | 21 | Reply to Response to 13 Opposed MOTION to Dismiss Pursuant to FRCP 12(c) filed by McKinley Capital Management, Inc.. (gfrancis, ) (Entered: 12/20/2005) |
| 12/22/2005 | 22 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by McKinley Capital Management, Inc., filed.(Poole, Douglas) (Entered: 12/22/2005) |
| 12/22/2005 | 23 | CERTIFICATE OF INTERESTED PARTIES by McKinley Capital Management, Inc., filed.(Poole, Douglas) (Entered: 12/22/2005) |
| 01/03/2006 | 24 | Pltf's OBJECTIONS to 21 Reply to Response to Motion, filed by Kathryn Kelly Stevens. (gfrancis, ) (Entered: 01/03/2006) |
| 01/04/2006 | | Minute Entry for proceedings held before Judge Samuel B Kent. SCHEDULING CONFERENCE held on 1/4/2006. Defendant Victory Cap. Mgmt., Inc. is dismissed without prejudice, each party to bear own costs. Case sua sponte transferred to District of Alaska, sitting in |

|  |  |  |
|---|---|---|
|  |  | Anchorage. Appearances:J. L. McCary. Clifford K Atkinson, Daniel J Mitchell, Douglas W Poole.(Court Reporter: J. Byers), filed. (cmcbroom, ) (Entered: 01/05/2006) |
| 01/04/2006 | 25 | ORDER TO TRANSFER CASE to District of Alaska, Anchorage Division .( Signed by Judge Samuel B Kent ) Parties notified. (cmcbroom, ) (Entered: 01/06/2006) |
| 01/04/2006 |  | Interdistrict transfer to District of Alaska, Anchorage Division. Certified copy of transfer order, certified docket sheet, and transfer letter sent by certified mail, receipt # 7005 0390 0006 3908 2693. , filed. (cmcbroom, ) (Entered: 01/06/2006) |