UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


KATHRYN KELLY STEVENS   v.   NEWBRIDGE PARTNERS LLC, McKINLEY
                             CAPITAL MANAGEMENT,INC. and VICTORY
                             CAPITAL MANAGEMENT, INC.


THE HONORABLE John W. Sedwick

DEPUTY CLERK                              CASE NO.   3:06-cv-00004 JWS

Shari Fuhrer


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: January 20, 2006

### NOTICE OF TRANSFER AND ORDER

   The above case was transferred from the Southern District of Texas(Galveston), case number 3:05-cv-00566, to the District of Alaska, and has been assigned case number 3:06-cv-00004 JWS.
   Please use case number 3:06-cv-00004 JWS on all future pleadings.
   Counsel for plaintiff shall confer with counsel for defendant, and counsel for plaintiff shall, on or before 15 days from the date of this order, serve and file with the court a joint report as to the status of this case, touching on each of the following:
   1. Service problems and/or need to add parties.

   2. Any known bankruptcy proceedings necessitating a stay of this action.

   3. Settlements, partial or complete, among some or all parties.

   4. Motions which are currently pending before this court, noting the filing dates and document numbers (docket sheet attached).

   5. Status of discovery, including an estimate of the amount of time which completion of discovery will require.

   6. Readiness of the case for a scheduling or status conference or other pre-trial proceedings; also, anticipated date of readiness for trial.

   7. Any other matter awaiting action by the court.

[]{TRANSFER.WPD*Rev.1/97}