MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*KATHRYN KELLY STEVENS*     v.     *NEWBRIDGE PARTNERS LLC, et al.*

THE HONORABLE JOHN W. SEDWICK                CASE NO. 3:06-cv-00004 JWS

PROCEEDINGS:     **ORDER FROM CHAMBERS**               Date:  January 25, 2006

    Chief Judge Sedwick hereby directs that this case is transferred to the docket of the Hon. Timothy M. Burgess for all further proceedings.