IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

KATHRYN KELLY STEVENS, Trustee of )
the Naylor Grandchildren's Trust, f/b/o )
Natalie Grace Naylor, et. al., )
                                 )
           Plaintiffs, )
                                 )
          vs. )       Case No. 3:06-cv-00004 JWS
                                 )
NEW BRIDGE PARTNERS, LLC, n/k/a )
Victory Capital Management, Inc., and )
McKINLEY CAPITAL MANAGEMENT, )
INC., )
                                 )
           Defendants. )
_____ )

McKINLEY CAPITAL MANAGEMENT, INC.
340 "C" STREET SUITE 500
ANCHORAGE, ALASKA 99503
(907) 563-4488 • Fax (907) 561-7142

## APPEARANCE

    COMES NOW, J. L. McCARREY, III, General Counsel of McKINLEY

CAPITAL MANAGEMENT, INC. and enters his appearance in the above-entitled

matter, as co-counsel on behalf of the defendant, McKINLEY CAPITAL

MANAGEMENT, INC. and requests that all notices, papers, and information be served

upon him from this date forward in reference to this matter.

    DATED at Anchorage, Alaska this 27th day of January, 2006.

                   McKINLEY CAPITAL MANAGEMENT,
                   INC.

             By: _____
                   J. L. McCarrey, III
                   General Counsel

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing

pleading entitled "Appearance" was served this 27th day of January, 2006, by first class

mail to:

Randall A. Pulman                    Clifford Atkinson
Lance Hunter "Luke" Beshara          Atkinson & Thal, P.C.
Pulman, Bresnahan & Pullen, LLP      201 Third Street, N.W.
6919 Blanco Road                     Suite 1850
San Antonio, Texas    78216          Albuquerque, New Mexico 87102

J.L. McCarrey, III
3301 C Street, Suite 500
Anchorage, Alaska 99503
(907) 563-4488
Facsimile (907) 561-7142
e-mail jmccarrey@mckinleycapital.com

McKINLEY CAPITAL MANAGEMENT, INC.
3301 "C" STREET, SUITE 500
ANCHORAGE, ALASKA 99503
(907) 563-4488 • Fax (907) 561-7142

2