

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| KATHRYN KELLY STEVENS, TRUSTEE OF THE NAYLOR GRANDCHILDREN'S TRUST F/B/O NATALIE GRACE NAYLOR, ET AL., <br><br> PLAINTIFFS <br><br> v. <br><br> NEW BRIDGE PARTNERS, LLC N/K/A VICTORY CAPITAL MANAGEMENT, INC.; AND MCKINLEY CAPITAL MANAGEMENT, INC., <br><br> DEFENDANTS | § § § § § § § § § § § § § § §  CIVIL ACTION No. 3:06-CV-00004 |

### JOINT REPORT PURSUANT TO COURT ORDER DATED JANUARY 20, 2006

TO THE HONORABLE JOHN W. SEDWICK, UNITED STATES JUDGE:

NOW COME Plaintiffs Naylor Grandchildren's Trust ("NGT") f/b/o Natalie Grace Naylor, NGT f/b/o Hanah Elisabeth Naylor, NGT f/b/o Madaline Leah Naylor, NGT f/b/o Donna Claire Naylor, NGT f/b/o Katherine Rose Stevens, Trevor James Stevens 1995 Trust, Grace Caroline Naylor 1996 Trust, Rhett Sentell Naylor 1997 Trust, Audrey Catherine Wheeler 1997 Trust, Naylor Children's Trust ("NCT") f/b/o Nancy Lavonne Henry, NCT f/b/o Timothy Norwood Naylor, NCT f/b/o Kathryn Kelly Stevens, NCT f/b/o Douglas D. Naylor, NCT f/b/o William S. Naylor Jr. (collectively, "**Plaintiffs**" or "**Plaintiff Trusts**"), by and through their common trustee Kathryn Kelly Stevens ("**Stevens**" or "**Trustee**"), and Defendant McKinley Capital Managment ("**McKinley**") and file their Report Pursuant to Court Order Dated January 20, 2006, respectfully showing unto the Court as follows:

With respect to the topics ordered by the Court to be reported:

- a. **Service problems and/or need to add parties.**

    None.

- b. **Any known bankruptcy proceedings necessitating a stay of this action.**

    None.

- c. **Settlements, partial or complete, among some or all of the parties.**

    The parties are in the process of negotiating a potential settlement and believe that the potential for settlement is likely. Therefore, the parties request the Court take no further action at this time.

- d. **Motions which are currently pending before this court, noting the filing dates and document numbers (docket sheet attached).**

    Motion to Remand (Docket No. 15) filed by Plaintiffs on November 22, 2005. Plaintiffs no longer wish remand and will be filing an appropriate withdrawal with the Court. The parties are contemplating filing a motion to consolidate this case with another related case filed in this Court, *McKinley Capital Management, Inc. v. Stevens*, Cause No. 3:06-CV-0008-JKS, In The United States District Court for The District of Alaska.

- e. **Status of discovery, including an estimate of the amount of time which completion of discovery will require.**

    Discovery had not yet occurred. The parties anticipate at least eight months.

- f. **Readiness of the case for a scheduling or status conference or other pre-trial proceedings; also, anticipated date of readiness for trial.**

    See response to Part (c) above regarding settlement. The case is not ready for a scheduling or status conference or other pre-trial proceedings. At this time, the parties cannot determine an anticipated date of readiness for trial other than at least six months from today. After sufficient time to explore settlement, the parties will be in a position to inform the Court.

- g. **Any other matter awaiting action by the court.**

    As mentioned, there is an outstanding Motion to Remand filed by Plaintiffs. However, Plaintiffs intend to withdraw the same. Therefore, Plaintiffs request the Court not entertain this Motion at this time. Also as mentioned, the parties are contemplating a motion to consolidate a related case.

Respectfully submitted,

**PULMAN, BRESNAHAN & PULLEN, LLP**
6919 Blanco Road
San Antonio, Texas 78216
(210) 222-9494 Telephone
(210) 892-1610 Telecopier

By: _____
Randall A. Pulman
U.S. Dist. Ct., So. Dist. TX Bar No. 7518
Texas State Bar No. 16393250
rpulman@pulmanlaw.com

**ATTORNEYS-IN-CHARGE FOR PLAINTIFFS**

**MCKINLEY CAPITAL MANAGEMENT, INC.**
3301 C Street, Suite 500
Anchorage, Alaska 99503
(907) 563-4488 Telephone
(907) 561-7142 Telecopier

By: _____
J. L. McCarrey, III, General Counsel
Alaska State Bar No. 7210059
jmccarrey@mckinleycapital.com

**GENERAL COUNSEL FOR MCKINLEY CAPITAL MANAGEMENT, INC.**

**ATKINSON & THAL, P.C.**
201 Third Street, N.W., Suite 1850
Albuquerque, New Mexico 87102
(505) 764-8111 Telephone
(505) 764-8374 Telecopier

By: _____
Clifford A. Atkinson
New Mexico State Bar No. 106
Colorado State Bar No. 22472
cliff@atkinson-thal.com

**ATTORNEYS FOR MCKINLEY CAPITAL MANAGEMENT, INC.**

Respectfully submitted,

PULMAN, BRESNAHAN & PULLEN, LLP
6919 Blanco Road
San Antonio, Texas 78216
(210) 222-9494 Telephone
(210) 892-1610 Telecopier

By: _____
Randall A. Pulman
U.S. Dist. Ct., So. Dist. TX Bar No. 7518
Texas State Bar No. 16393250
rpulman@pulmanlaw.com

ATTORNEYS-IN-CHARGE FOR PLAINTIFFS

MCKINLEY CAPITAL MANAGEMENT, INC.
3301 C Street, Suite 500
Anchorage, Alaska 99503
(907) 563-4488 Telephone
(907) 561-7142 Telecopier

By: _____
J. L. McCarrey, III, General Counsel
Alaska State Bar No. 7210059
jmccarrey@mckinleycapital.com

GENERAL COUNSEL FOR MCKINLEY CAPITAL
MANAGEMENT, INC.

ATKINSON & THAL, P.C.
201 Third Street, N.W., Suite 1850
Albuquerque, New Mexico 87102
(505) 764-8111 Telephone
(505) 764-8374 Telecopier

By: _____
Clifford A. Atkinson
New Mexico State Bar No. 106
Colorado State Bar No. 22472
cliff@atkinson-thal.com

ATTORNEYS FOR MCKINLEY CAPITAL
MANAGEMENT, INC.

—3—