IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

RECEIVED
MAR 1 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

KATHRYN KELLY STEVENS, Trustee )
of the Naylor Grandchildren's Trust, f/b/o )
Natalie Grace Naylor, et al., )
)
               Plaintiffs, )
v. ) Case No. 3:06-cv-00004 TMB
)
NEW BRIDGE PARTNERS, LLC, n/k/a )
Victory Capital Management, Inc. and )
McKINLEY CAPITAL MANAGEMENT, )
INC., )
)
               Defendants. )

## MOTION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective attorneys, have agreed to resolve their disputes and execute mutual releases and to dismiss with prejudice the above-styled matter and the companion case between the parties presently pending in Court, for no payment by either party to the other.

Accordingly, the parties request that the Court enter its Order in conformity herewith.

PULMAN, BRESNAHAN & PULLEN, LLP

By _____
Randall A. Pulman
Texas State Bar No. 16393250
Lance Hunter "Luke" Beshara
Texas State Bar No. 24045492
6919 Blanco Road
San Antonio, TX 78216
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
*Counsel for Plaintiffs*

ATKINSON & THAL, P.C.

By _____
Clifford K. Atkinson
New Mexico Bar No. 106
Colorado Bar No. 22472
201 Third St. NW, Suite 1850
Albuquerque, NM 87102
(505) 764-8111 Telephone
(505) 764-8374 Facsimile
*Counsel for Defendant McKinley Capital Management, Inc.*