IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | |
|---|---|
| KATHRYN KELLY STEVENS, Trustee of the Naylor Grandchildren's Trust, f/b/o Natalie Grace Naylor, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NEW BRIDGE PARTNERS, LLC, n/k/a Victory Capital Management, Inc. and McKINLEY CAPITAL MANAGEMENT, INC.,<br><br>Defendants. | Case No. 3:06-cv-00004 TMB |

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Stipulated Motion of the parties, the Court being advised in the premises hereby finds that no payment is being made by any party to the other for the releases given herein or for the Stipulation, but that adequate consideration exists in the respective promises exchanged by the parties, and that entry of this Order is in the interests of the parties.

Accordingly, the Court hereby orders, adjudges, and decrees that this matter shall be and hereby is dismissed with prejudice. The Court further orders, adjudges, and decrees that each party to this matter shall be responsible for payment of its own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

*Approvals*:

PULMAN, BRESNAHAN & PULLEN, LLP

By _____
Randall A. Pulman
Texas State Bar No. 16393250
Lance Hunter "Luke" Beshara
Texas State Bar No. 2404549
6919 Blanco Road
San Antonio, TX 78216
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
*Counsel for Plaintiffs*

ATKINSON & THAL, P.C.

By _____
Clifford K. Atkinson
New Mexico Bar No. 106
Colorado Bar No. 22472
201 Third St. NW, Suite 1850
Albuquerque, NM 87102
(505) 764-8111 Telephone
(505) 764-8374 Facsimile
*Counsel for Defendant McKinley Capital
    Management, Inc.*