**MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA**

*Stevens v. Newbridge Partners, LLC, et al.*
Case No. 3:06-cv-0004-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:    ORDER FROM CHAMBERS

   The parties have filed a joint motion to dismiss this case with prejudice at Docket No. 33. The motion at **Docket No. 33** is **GRANTED**. The parties have indicated that each will bear its own costs.

   **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  <u>March 15, 2006</u>